UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY LYNN THOMAS,

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of Social Security,

Defendant.

Case No. 2:26-cv-1279-TLN-JDP (SS)

ORDER

Plaintiff has filed a motion for an extension of time to file a reply brief. ECF No. 16. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 16, is GRANTED; and
2. Plaintiff is granted until September 9, 2026 to file a reply brief.

IT IS SO ORDERED.

Dated: September 3, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE